UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jonathan Honerbrink,                               Case No. 13-cv-03096 (MJD-TNL)

      Plaintiff,

v.

firstSTREET for Boomers and Beyond, **LR 7.1 CORPORATE DISCLOSURE STATEMENT**
Inc., d/b/a/ Aging in the Home
Remodelers, AITHR Dealer, Inc., and
Aging in the Home Remodelers, Inc.,

      Defendants.

---

Defendant firstSTREET for Boomers and Beyond, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does firstSTREET for Boomers and Beyond, Inc. have a parent corporation?

   ☐ Yes    ☒ No

   If yes, the parent corporation is:

2. Is 10% or more of the stock of firstSTREET for Boomers and Beyond, Inc. owned by a publicly held corporation?

   ☐ Yes    ☒ No

   If yes, identify all such owners:_____

Defendant AITHR Dealer, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

   ☒ Yes    ☐ No

   If yes, the parent corporation is: firstSTREET for Boomers and Beyond, Inc.

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

☐ Yes     ☒ No

If yes, identify all such owners:

Defendant Aging in the Home Remodelers, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Aging in the Home Remodelers, Inc. have a parent corporation?

☒ Yes     ☐ No

If yes, the parent corporation is: firstSTREET for Boomers and Beyond, Inc.

2. Is 10% or more of the stock of owned by a publicly held corporation?

☐ Yes     ☒ No

If yes, identify all such owners: _____

Dated: December 3, 2013.            JACKSON LEWIS LLP

*s/V. John Ella*
V. John Ella #249282
Nora R. Kaitfors #390417
225 South Sixth Street, Suite 3850
Minneapolis, MN  55402
(612) 341-8131

ATTORNEYS FOR DEFENDANTS

4822-3466-7287, v. 1